IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01880-RPM-KLM

JANET L. KING,

     Plaintiff,

v.

JP MORGAN CHASE BANK, a National Association,

     Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion to Stay** [Docket No. 12; Filed November 8, 2011] (the "Motion").  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 10.1D., which provides that "all papers shall be typewritten using . . . not less than 12-point font."  Further, the Motion fails to comply with D.C. COLO.LCivR 10.1E., which provides that "[a]ll papers shall be double-spaced."  The Motion is subject to denial on these bases alone.  Nevertheless, in the interest of expedience:

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED** to the extent that it requests a continuance of the Scheduling Conference and other associated deadlines.  Accordingly,

     IT IS FURTHER **ORDERED** that the Scheduling Conference set for November 17, 2011 at 11:00 a.m. is **VACATED** and **RESET** to **January 17, 2012 at 10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **January 12, 2012**.

     IT IS FURTHER **ORDERED** that initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) shall be made on or before **February 1, 2012**.

     Dated:  November 10, 2011