IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01880-RPM-KLM

JANET L. KING,

    Plaintiff,

v.

JP MORGAN CHASE BANK, a National Association,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Scheduling Conference** [Docket No. 15; Filed January 10, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for January 17, 2012 at 10:00 a.m. is **VACATED** and **RESET** to **March 7, 2012** at **10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The Court has already vacated and reset the Scheduling Conference once in this matter due to settlement negotiations between the parties.  *See Minute Order* [#14]. **No further extensions will be granted without a showing of exceptional cause.**

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **March 2, 2012**.

    Dated:  January 11, 2012