IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01880-KLM

JANET L. KING,

 Plaintiff,

v.

JP MORGAN CHASE BANK, a National Association,

 Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 This matter is before the Court on the parties' **Stipulated Motion to Dismiss Certain Claims** [Docket No. 37; Filed March 19, 2013] (the "Motion"). This case is set for a three-day jury trial commencing on August 26, 2013. In the Motion, the parties have agreed to dismiss certain claims in the Complaint. Plaintiff specifically retains the following claims:

  (1) Claim One, Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. § 1691(d)(1); and

  (2) Claim Three, misrepresentation.

 IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

 IT IS FURTHER **ORDERED** that the following claims are **DISMISSED with prejudice**:

  (1) Claim One, ECOA, 15 U.S.C. § 1691(a)(1);

   (2) Claim One, ECOA, 15 U.S.C. § 1691(d)(2);

   (3) Claim Two, tortious interference with business expectancy; and

   (4) Claim Four, Fair Debt Collection Practices Act.

IT IS FURTHER **ORDERED** that each party shall bear its own attorney fees and costs associated with prosecuting and defending these dismissed claims.

Dated: March 20, 2013

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge