IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01880-KLM

JANET L. KING,

    Plaintiff,

v.

JP MORGAN CHASE BANK, a National Association,

    Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Dismiss Certain Claims** [Docket No. 37; Filed March 19, 2013] (the "Motion"). This case is set for a three-day jury trial commencing on August 26, 2013. In the Motion, the parties have agreed to dismiss certain claims in the Complaint. Plaintiff specifically retains the following claims:

    (1)    Claim One, Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. § 1691(d)(1); and

    (2)    Claim Three, misrepresentation.

IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the following claims are **DISMISSED with prejudice**:

    (1)    Claim One, ECOA, 15 U.S.C. § 1691(a)(1);

    (2)    Claim One, ECOA, 15 U.S.C. § 1691(d)(2);

    (3)    Claim Two, tortious interference with business expectancy; and

    (4)    Claim Four, Fair Debt Collection Practices Act.

IT IS FURTHER **ORDERED** that each party shall bear its own attorney fees and costs associated with prosecuting and defending these dismissed claims.

Dated: March 20, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge