IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01880-KLM-MJW

JANET L. KING,

    Plaintiff,

v.

JP MORGAN CHASE BANK, a National Association,

    Defendant.

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation for Dismissal With Prejudice** [Docket No. 56; Filed September 18, 2013].

    IT IS HEREBY **ORDERED** that all claims asserted in this lawsuit are **DISMISSED WITH PREJUDICE**.

    IT IS FURTHER **ORDERED** that each party shall pay its own costs and attorney fees.

    IT IS FURTHER **ORDERED** that this action is hereby terminated.

Dated:  September 19, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge